# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Leroy v. Livingston Manor Central School Dist. Docket No.: 24-1241

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ilya Shapiro

Firm: Manhattan Institute

Address: 52 Vanderbilt Ave., New York, NY 10017

Telephone: 212-599-7000 Fax:

E-mail: ishapiro@manhattan.institute

**Appearance for:** Manhattan Institute
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellant, Case Leroy )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 11, 2019 OR

☐ I applied for admission on .

Signature of Counsel: /s/ Ilya Shapiro

Type or Print Name: Ilya Shapiro