**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 30, 2025
Docket #: 24-1241
Short Title: Leroy v. Livingston Manor Central School District

DC Docket #: 7:21-cv-6008
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Nelson Stephen Roman

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.