# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-five.

Before:	Barrington D. Parker,
	Beth Robinson,
	Myrna Pérez,
		*Circuit Judges*.

_____

Case Leroy,

       Plaintiff - Appellant,

v.

Livingston Manor Central School District, John P. Evans, in his capacity as Superintendent of Schools of Livingston Manor Central School District,

       Defendants - Appellees.

**JUDGMENT**

Docket No. 24-1241

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED and the case is REMANDED for further proceedings.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court