# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |||
|---|---|---|
| CASE TITLE:<br>Leroy v. Livingston Manor Central School District | USCA DOCKET NUMBER:<br>24-1241 | COUNSEL'S NAME:<br>Adam E. Schulman |
| | DISTRICT/AGENCY:<br>SDNY | COUNSEL'S ADDRESS:<br>Hamilton Lincoln Law Institute<br>1629 K Street NW, Suite 300<br>Washington DC, 20006 |
| | DISTRICT/AGENCY NUMBER:<br>21-cv-6008 | DATE:<br>11/03/2025 |

Counsel for
_Case Leroy_

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_Livingston Manor Central School District and John P. Evans_

and in favor of
_Case Leroy_

for insertion in the mandate.

Docketing Fee                                                             see attached itemization
                                                                          _____

Costs of printing appendix (necessary copies _____ )               _____

Costs of printing brief (necessary copies _____ ____ )             _____

Costs of printing reply brief (necessary copies _____ )            _____


**(VERIFICATION HERE)**

                                                                          /s/ Adam E. Schulman
                                                                          _____

                                                                          Signature

Rev. April, 2011

# 24-1241

In the
United States Court of Appeals for the Second Circuit

CASE LEROY,

*Plaintiff - Appellant,*

v.

LIVINGSTON MANOR CENTRAL SCHOOL DISTRICT and JOHN P. EVANS, in his capacity as Superintendent of Schools of Livingston Manor Central School District,

*Defendants - Appellees,*

On Appeal from the United States District Court
for the Southern District of New York, No. 21-cv-6008

**Bill of Costs of Plaintiff-Appellant Case Leroy**

Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC  20006
(610) 457-0856
adam.schulman@hlli.org

*Attorneys for Plaintiff Case Leroy*

Appellant Case Leroy submits this bill of costs under Fed. R. App. P. 39(d), Circuit Rule 39.1, and this Court's Judgment of October 30, 2025 reversing the district court's order and judgment.

a. Docketing Fee

   Total: $605

b. Cost of Reproducing Opening Brief and Special Appendix

   6 copies x 103 pages x $0.20 per page

   Total $123.60

c. Cost of Binding Opening Brief and Special Appendix

   6 copies x $5 per copy

   Total: $30

d. Cost of Covers for Opening Brief and Special Appendix

   Total: $125

e. Cost of Reproducing Joint Appendix

   6 copies x 607 pages x $0.20 per page

   Total: $728.4

f. Cost of Binding Joint Appendix

   6 copies x $5 per copy

   Total: $30

g. Cost of Covers for Joint Appendix

   Total: $125

h. Cost of Reproducing Reply Brief of Appellant

   6 copies x 33 pages x $0.20 per page

   Total: $39.6

i. Cost of Binding Reply Brief of Appellant

    6 copies x $5 per copy

    Total: $30

  j. Cost of Covers for Reply Brief of Appellant

    Total: $125

Altogether, the total taxable costs incurred by appellant Case Leroy are no less than $1,961.60. In support of these costs, Leroy submits a supporting declaration by his counsel Adam E. Schulman attached below and a commercial printing bill attached thereto. Leroy requests that his taxable costs be allowed in the amount of $1,961.60 and included in the mandate.

Dated: November 3, 2025        Respectfully submitted,

        */s/ Adam E. Schulman*
        Adam E. Schulman
        HAMILTON LINCOLN LAW INSTITUTE
        1629 K Street, NW, Suite 300
        Washington, DC 20006
        Telephone: (610) 457-0856
        Email: adam.schulman@hlli.org

        *Attorney for Plaintiff-Appellant Case Leroy*

## Declaration of Adam E. Schulman

I, Adam E. Schulman, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. With Jerry Dorfman, I represent Appellant Case Leroy in this appeal.

3. I prepared the foregoing itemized bill of costs, which I incorporate into this declaration by reference.

4. The costs listed therein were incurred.

5. The rates for costs of covers, binding, and printing/copying used in this bill of costs are the rates that the Office of the Clerk of the U.S. Court of Appeals for the Second Circuit has stated are its established rates.

6. We used a commercial printing service, and copies of the bills for the opening brief, appendices, and the reply brief are attached to this bill of costs and declaration.

7. Our printer has previously informed us that the costs of binding and the covers for the briefs and appendices are included in the base preparation fees shown on each invoice.

8. On information and belief, it appears that the costs of reproducing the special appendix were also included in the brief preparation fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2025.

*/s/ Adam E. Schulman*
Adam E. Schulman

## Certificate of Service

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Second Circuit using the CM/ECF system, which will provide notification of such filing to all who are ECF-registered filers.

*/s/ Adam E. Schulman*
Adam E. Schulman

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009165995
Date: 08/20/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Hamilton Lincoln Law Institute
1629 K Street, NW
Suite 300
Washington, DC 20006   USA

Attention:   Adam E. Schulman, Esq.

File No.: 810509
Court: USCOA - 2ND
Case Name: Leroy v. Livingston Manor Central School

| | | | | Amount |
|---|---|---|---|---|
| | JOINT APPENDIX | | | |
| 1.00 | Preparation of Appendix - 2 Volumes | @ | $0.00 | |
| 2.00 | Cover(s) - 1st Side | @ | $100.00 | $200.00 |
| 7.00 | Page(s) Table of Contents | @ | $60.00 | $420.00 |
| 600.00 | Page(s) | @ | $3.90 | $2,340.00 |
| 2.00 | Electronic Filing | @ | $100.00 | $200.00 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $123.00 | $123.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $480.00 | $480.00 |
| 520.00 | Page(s) | @ | $0.33 | $171.60 |
| 1.00 | Cover(s) - 1st Side | @ | $100.00 | $100.00 |
| 1.00 | Page(s) Table of Contents | @ | $60.00 | $60.00 |
| 1.00 | Electronic Filing | @ | $100.00 | $100.00 |

As a courtesy to the client, a 20% discount has been granted on the appendix and the brief.

12-KR
08/26/2024 17:05 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $4,294.60 |
| Sales Tax | $207.62 |
| | $834.32 |
| Payment/Credit | $0.00 |
| Balance | $3,667.90 |

Page 1 of 1

# Invoice

**Counsel Press Inc.**
PO Box 25292
New York, NY 10087-5292

Phone: (800) 427-7325

Invoice Number: 0009171992
Date: 12/29/2024
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Hamilton Lincoln Law Institute

Washington, DC 20006   USA

Attention: Adam E. Schulman, Esq.

File No.: 811431
Court: USCOA - 2ND
Case Name: Leroy v. Livingston Manor Central School

| | | | Amount |
|---|---|---|---|
| REPLY BRIEF | | | |
| 1.00 Preparation of Brief | @ | $625.00 | $625.00 |
| 34.00 Page(s) | @ | $0.00 | $0.00 |
| 1.00 Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 Shipping & Handling | @ | $18.00 | $18.00 |

As a courtesy to the client, a 20% discount has been granted on the brief.

**12-KR**
10/30/2025 13:30 PM

This Invoice is Due Upon Receipt. Please show the invoice number on your check when submitting payment.

| | |
|---|---|
| Subtotal | $723.00 |
| Sales Tax | $34.92 |
| | $141.00 |
| Payment/Credit | $616.92 |
| Balance | $0.00 |

Page 1 of 1