## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1241                                    _____ Caption [use short title] _____

**Motion for:** Leave to include two photos in Petition

for Rehearing and Rehearing En Banc                             Case Leroy

_____                                  v.

Set forth below precise, complete statement of relief sought:      Livingston Manor Central School District, et al.

Appellees' Petition was deemed defective because it included

two photos at page 7 (page 4 of the brief) that

were deemed "exhibits" under Local Rule 40.1(c).

Appellees seek leave to include those photos and permit

the prior filing.

_____

**MOVING PARTY:** Livingston Manor Central School District and John P. Evans    **OPPOSING PARTY:** Case Leroy

- ☐ Plaintiff                    ☑ Defendant
- ☐ Appellant/Petitioner          ☑ Appellee/Respondent

**MOVING ATTORNEY:**                                    **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

Steven C. Stern, Sokoloff Stern LLP                 Adam E. Schulman, Hamilton Lincoln Law Institute

179 Westbury Avenue, Carle Place, NY 11514          1629 K Street NW, Suite 300, Washington, DC 20006

(516) 334-4500, sstern@sokoloffstern.com            (610) 457-0856, adam.schulman@hlli.org

Court- Judge/ Agency appealed from: Southern District of New York, District Judge Nelson Roman

**Please check appropriate boxes:**                    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):     Has this request for relief been made below?          ☐ Yes ☐ No
☑ Yes  ☐ No (explain):_____        Has this relief been previously sought in this court?  ☐ Yes ☐ No
_____              Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:               _____
☑ Unopposed ☐ Opposed ☐ Don't Know                  _____
Does opposing counsel intend to file a response:     _____
☐ Yes ☑ No ☐ Don't Know                              _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ STEVEN C. STERN            **Date:** 11/14/2025        Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

_____

**Form T-1080** (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CASE LEROY,

                        Plaintiff-Appellant,

        -against-

LIVINGSTON MANOR CENTRAL SCHOOL
DISTRICT, JOHN P. EVANS, in his capacity as
Superintendent of Schools of Livingston Manor
Central School District,

                        Defendants-Appellees.

**DECLARATION**

Docket No. 24-1241-cv

STEVEN C. STERN, an attorney duly licensed to practice before this Court, declares as follows under penalty of perjury:

1.      I am a partner with the law firm of Sokoloff Stern LLP, counsel for Defendants-Appellees Livingston Manor Central School District and John P. Evans. I submit this Declaration in support of Appellees' motion requesting that the Court approve *nunc pro tunc* the filing of the November 13, 2025 Petition for Rehearing and Rehearing *En Banc*, with the two photos contained within it.

2.      The Petition included the photos at page 7 of the filing (page 4 of the brief). Both photos were included in Appellees' brief on the appeal. The photo on the left is the one at issue in the case, which may be found at page A-289 of the Joint Appendix. As stated in the Appellees' brief, the photo on the right is the infamous

photo in the public domain of Police Officer Derek Chauvin with his knee on the neck of George Floyd in the moments before George Floyd's death.[1]

3.     On November 13, 2025, we received a Notice of Defective Filing which stated, "The two photographs on page 7 are 'exhibits' not permitted under *Local Rule 40.1(c)*. Please refile edited Petition or file a separate motion to file." Dkt. Entry No. 93.1.

4.     Neither we nor our appellate printers understood Local Rule 40.1(c) to prohibit the inclusion of photos within the Petition itself, particularly as they were accepted within our Appellees' brief.

5.     We respectfully submit that these photos are relevant to the argument as a visual aid that will assist the Court in evaluating the merits of the Petition.

WHEREFORE, Defendants-Appellees respectfully request that the Court permit the referenced photos and accept *nunc pro tunc* the Petition for Rehearing and Rehearing *En Banc* that was filed on November 13, 2025.

Dated:  Carle Place, New York
       November 14, 2025

---

[1] *See* Jordan Hayne, *Why Dereck Chavin Was Found Guilty of Both Murder and Manslaughter over George Floyd's Death*, ABC News, https://www.abc.net.au/news/2021-04-21/derek-chauvin-murder-manslaugher-george-floyd-sentence/100083494 (last visited November 11, 2024). *See e.g., Young v. Selsky*, 41 F.3d 47, 50-51 (1994) (under Federal Rule of Evidence 201, a "court may judicially notice a fact that is not subject to reasonable dispute") (internal quotations omitted).

SOKOLOFF STERN LLP
*Attorneys for Defendants-Appellees*

By:   STEVEN C. STERN
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 210106